# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 315 MAL 2015 |
| | : | |
| Cross Petitioner | : | |
| | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| NATHANIEL GARFIELD, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 23rd day of August, 2016, the Cross Petition for Allowance of Appeal is **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.